United States District Court
Southern District of Texas
**ENTERED**
June 07, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NELLER J. JOHNSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-CV-01374 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of the Social | § | |
| Security Administration, | § | |
| *Defendant*. | § | |
| | § | |

## ORDER OF ADOPTION

On May 16, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 34), recommending that Johnson's motion for attorney's fees be granted. No timely objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the memorandum and recommendation as this Court's opinion. Johnson is awarded the requested total of $12,783.56 in fees and expenses.

Signed at Houston, Texas, this **7** day of **June**, 2016.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE